IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

CHRISTOPHER GOODVINE,

     Plaintiff,                                 ORDER

     v.                                       22-cv-319-wmc

DR. DANIEL LA VOIE and
DR. JAMES MURPHY,

     Defendants.

_____

Plaintiff Christopher Goodvine filed a motion asking that the court order (1) expedited discovery and dispositive motions, and (2) the parties to consult about extensions of time, or, alternatively, that the parties provide a joint recommended schedule. (Dkt. #70.) This motion is DENIED. The court sees no basis to expedite the deadlines in this case. Likewise, the parties are free to come to agreements about extensions of deadlines, but the court will not order their agreement. That said, Goodvine aptly points out that this case does not yet have a schedule. The clerk of court is directed to set this matter for a preliminary pretrial conference.

Goodvine has also filed a motion for sanctions under Federal Rule of Civil Procedure 36 and 37(a) against Dr. Murphy, arguing that this defendant's responses to his requests for admissions were unresponsive and require supplementation. (Dkt. #71.) However, Goodvine has not shown that he has followed the requirements of Rule 37(a)(1), nor has he even communicated with Murphy's counsel that he believes the responses are unsatisfactory. Accordingly, the motion for sanctions is DENIED.

Entered this 19th day of April, 2023.

BY THE COURT:
/s/

WILLIAM M. CONLEY
District Judge